**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**


United States of America

    v.                           Criminal No. 10-mj-015-02-DL

Brittney Indoccio


**O R D E R**


    Defendant appeared for a bail hearing on today's date. Having listened to the evidence, I find that there is no basis on which to reconsider, or otherwise alter in any way, Judge Muirhead's bail revocation order dated April 14, 2010.  Document no. 27 is denied.

    **SO ORDERED.**

                                                  _____
                                                  Landya B. McCafferty
                                                  United States Magistrate Judge


Date:  June 23, 2010

cc:  Richard Hubbard, Esq.
     Peter E. Papps, Esq.
     U.S. Marshal
     U.S. Probation